IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOMINICK DUBRAY, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV517 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD HANSEN, Warden of the | ) | MEMORANDUM AND ORDER |
| Tecumseh State Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The petition for habeas corpus in this case does not substantially comply with the form required by Rule 2(d) of the Rules Governing § 2254 Cases.  Among other problems, the petition is far too argumentative.  It also attempts to incorporate by reference "the entire record." I will allow Petitioner to file an amended petition.  I strongly encourage Petitioner not to "throw mud against the wall" in the hopes that something might stick.  Also, it is almost always true that claims having many sub-parts are unpersuasive.

IT IS ORDERED that:

1.  The petition for writ of habeas corpus (filing no. 1) is denied without prejudice.

2.  Taking the prison mailbox rule into account, on or before January 9, 2017,[1] Petitioner shall file an amended petition using AO Form 241.  *Petitioner shall state his claim(s) and supporting fact(s) concisely and without argument or legal citation.*  That can normally be done using the form itself *without* attachments.

DATED this 5th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1]**This means the amended petition must be *received* by the Clerk no later than Monday, January 9, 2017.**