IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOMINICK DUBRAY, | ) | |
| Petitioner, | ) | 8:16CV517 |
| v. | ) | |
| BRAD HANSEN, Warden of the Tecumseh State Correctional Institution, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that this matter is dismissed without prejudice for failure to comply with a court order (see filing no. 7).

DATED this 12th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge